SPENCER B. PARKER, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Parker* v. *Erie R. R. Co.*, 161 App. Div. 909, affirmed.

(Argued January 27, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by

plaintiff through the negligence of defendant. The complaint alleged that plaintiff while crossing defendant's right of way caught his foot in a defect in said crossing and while endeavoring to extricate it was run down by a train receiving the injuries complained of.

*John W. Ryan* for appellant.

*S. Wallace Dempsey, Alan V. Parker* and *Allen T. Stewart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, HOGAN and CARDOZO, JJ. Dissenting: CUDDEBACK, J. Not voting: HISCOCK, J. Not sitting: POUND, J.